JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER CALDERON, ETC., <br><br> Plaintiff, <br><br> v. <br><br> CITIMORTGAGE, INC., ETC., ET AL <br><br> Defendants. | Case No. EDCV 14-01642-VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 26, 2015

VIRGINIA A. PHILLIPS
United States District Judge